UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| ARTHUR HARRISON, | : | VIOLATIONS: |
| also known as "Dusty" | : | 18 U.S.C. § 922(k) |
| | : | (Unlawful Possession of a Firearm with |
| Defendant. | : | Obliterated or Altered Serial Number) |
| | : | 26 U.S.C. § 5861(i) |
| | : | (Receipt or Possession of a Firearm |
| | : | Unidentified by a Serial Number) |
| | : | 22 D.C. Code § 3225.02(1)(B) (2001 ed.) |
| | : | (First Degree Insurance Fraud) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about December 14, 2018, within the District of Columbia, **ARTHUR HARRISON**, also known as "Dusty," did unlawfully and knowingly possess and receive two firearms with altered and obliterated serial numbers, that is, a Smith and Wesson, .22LR caliber firearm and a H & K .22LR caliber firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm with an Altered and Obliterated Serial Number,** in violation of Title 18, United States Code, Section 922(k))

## COUNT TWO

On or about December 14, 2018, within the District of Columbia, **ARTHUR HARRISON**, also known as "Dusty," did knowingly receive and possess a firearm, that is, a black semi-automatic handgun, not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

**(Receipt or Possession of Firearm Unidentified by Serial Number,** in violation of Title 26, United States Code, Section 5861(i))

## COUNT THREE

On or about October 1, 2018, within the District of Columbia, **ARTHUR HARRISON**, with the intent to defraud and to fraudulently obtain property of another, obtained property and services of a value of $1000 or more belonging to Erie Insurance, consisting of $6,093.36 in U.S. Currency, by presenting false information in a claim for payment of benefit pursuant to an insurance policy.

(**First Degree Insurance Fraud**, in violation of Title 22, District of Columbia Code, Section 3225.02(1)(B) (2001 ed.))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
KEVIN L. ROSENBERG
Ohio Bar No. 0081448
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7833
Kevin.Rosenberg@usdoj.gov